No. 02–7681.  MARTINEZ v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–7684.  ALCARAS-NAVARRO v. UNITED STATES; and
No. 02–7705.  GOMEZ-HERNANDEZ v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Reported below: 300 F. 3d 974.

No. 02–7687.  CARR v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–7688.  CLARK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–7689.  WILLIAMS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 02–7690.  WILKINS v. HOOKS, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 02–7692.  ELIZONDO ALVAREZ v. PURDY, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 02–7694.  RICHARDSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–7695.  MCLEOD v. JONES, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 02–7697.  BENFORD v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 02–7698.  BROWN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–7701.  ANDERSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 02–7702.  BROOKS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–7703.  BENTON v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 02–7708.  KEATON v. OHIO.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 02–7709.  ALARCON v. UNITED STATES (Reported below: 48 Fed. Appx. 107); ANDAVAZO-SANTANA v. UNITED STATES (48

Fed. Appx. 107); BALAM-UN *v.* UNITED STATES (48 Fed. Appx. 107); COLAN-ESPINOZA *v.* UNITED STATES (48 Fed. Appx. 107); DELGADILLO-FRAYRE *v.* UNITED STATES (48 Fed. Appx. 107); GALLARDO-MORENTE *v.* UNITED STATES (48 Fed. Appx. 106); HERRERA-OCHOA *v.* UNITED STATES (48 Fed. Appx. 106); MARTINEZ *v.* UNITED STATES (48 Fed. Appx. 107); MEZA-GAMBOA *v.* UNITED STATES (48 Fed. Appx. 107); and SALAZAR-DE LICON *v.* UNITED STATES (48 Fed. Appx. 106). C. A. 5th Cir. Certiorari denied.

No. 02–7710. BROMWELL *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 02–7711. SANCHEZ-MILAM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7713. WILLARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7715. LEVERTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7718. HERNANDEZ-GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7721. MUNOZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7723. GUILLERMO RESTREPO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7724. SIMS *v.* CONROY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–7725. SOLANO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–7731. ALEJANDRO CARMONA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7732. CHANEY *v.* UNITED STATES POSTAL SERVICE. C. A. 7th Cir. Certiorari denied.